UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-4607-CAS(RAOx) | Date | May 25, 2017 |
|---|---|---|---|
| Title | *ALLEN BERNARD SHAY v. COUNTY OF LOS ANGELES; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | | |
|---|---|---|---|
| Catherine M. Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (IN CHAMBERS) - DEFENDANTS' *EX PARTE* APPLICATION FOR AN ORDER AMENDING THE SCHEDULING ORDER TO CONTINUE THE PRETRIAL CONFERENCE AND TRIAL DATES (Filed 05/10/17)[53]

The Court is in receipt of the above-referenced *Ex Parte* Application, the Opposition and Reply filed thereto. The Court hereby grants in part and denies in part defendants' *Ex Parte* Application For an Order Amending the Scheduling Order to Continue the Pretrial Conference and Trial Dates. The dates are reset as follows:

- Pretrial Conference/Motions In Limine Hearing is continued to **August 28, 2017**, at **11:00 A.M.**; and
- Jury Trial is continued to **September 19, 2017**, at **9:30 A.M.**

IT IS SO ORDERED.

00 : 00

Initials of Preparer  CMJ