**RICKEY IVIE (SBN: 76864)**
rivie@imwlaw.com
**ANTONIO K. KIZZIE (SBN: 279719)**
akizzie@imwlaw.com
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
(213) 489-0028/(213) 489-0552 FAX

Attorneys for Defendants, COUNTY OF LOS ANGELES, et al.

CLOSED 'O'

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN BERNARD SHAY,<br><br>*Plaintiff,*<br><br>vs.<br><br><br>COUNTY OF LOS ANGELES, and DEPUTY CHRISTOPHER DERRY | CASE NO.: CV15-4607 CAS (RAOx)<br><br>Complaint Filed: June 23, 2015<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>**Trial:**<br>Date: November 12, 2019<br>Time: 9:30 a.m. |

1. This case came on regularly for trial on November 12, 2019 to November 18, 2019 in Department 8D of this Court, the Honorable Christina A. Snyder presiding; the Plaintiff Allen B. Shay ("Plaintiff") appearing by Attorneys John Burton and Matthew Sahak from THE LAW OFFICES OF JOHN BURTON, and Defendants County of Los Angeles, et.al. ("Defendants") appearing by Attorneys Rickey Ivie and Antonio K. Kizzie from IVIE, MCNEILL, WYATT, PURCELL, & DIGGS, APLC.

2. A jury of 8 persons was regularly impaneled and placed under oath. Witnesses were placed under oath and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on special issues. The jury

deliberated and thereafter returned into Court with its special verdict consisting of the special issues submitted to the jury, each member was polled as to their vote, and the answers given thereto by the jury, which said verdict was in words and figures as follows, to wit:

"WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

QUESTION # 1

Did Plaintiff Allen Shay prove by a preponderance of the evidence that Defendant Detective Christopher Derry violated Plaintiff's rights by executing a bail-hold declaration with deliberate indifference or reckless disregard for Plaintiff's rights or the truth?

Answer:		Yes_____		No__**X**___

If you answered "YES" to Question # 1, please answer Question # 2. If you answered "NO," STOP here, answer no further questions, have your presiding juror date and sign the verdict and inform the bailiff of your decision.

QUESTION # 2

Did Plaintiff prove by a preponderance of the evidence that Mr. Shay's rights would not have been violated but for Detective Derry signing the § 1275.1 bail hold declaration with deliberate indifference to, or reckless disregard for, Mr. Shay's rights, or the truth?

Answer:		Yes_____		No_____

If you answered "YES" to Question # 2, please answer Question # 3. If you answered "NO," STOP here, answer no further questions, have your presiding juror date and sign the verdict and inform the bailiff of your decision.

///

///

QUESTION #3

    Has Plaintiff proven by a preponderance of the evidence that Defendant Detective Christopher Derry acted with malice, oppression or reckless disregard of Plaintiff's rights?

Answer:            Yes_____            No_____

*Please proceed to Question # 4.*

QUESTION NO. 4

    Has Plaintiff proven by a preponderance of the evidence that Defendant Detective Christopher Derry violated Plaintiff's constitutional rights by executing a bail-hold declaration with deliberate indifference or reckless disregard for Plaintiff's rights pursuant to an widespread or longstanding practice or custom of the defendant Los Angeles County?

Answer:            Yes_____            No_____

    If you answered "YES" to Question # 4, please answer Question # 5. If you answered "NO," please answer Question #6.

QUESTION # 5

    Did Plaintiff prove by a preponderance of the evidence that Defendant Los Angeles County's unconstitutional widespread or longstanding practice or custom was the moving force in causing the injuries now claimed by Plaintiff?

Answer:            Yes_____            No_____

    If you answered "YES" to Question # 2, please answer Question # 6. If you answered "NO" to Question # 2, STOP here, answer no further questions, have your presiding juror date and sign the verdict and inform the bailiff of your decision.

QUESTION NO. 6

    What is the amount of damages proven by a preponderance of the evidence by Plaintiff Allen Shay?

1) Past and future non-economic losses    $_____

*Please date and sign below, and return this form to the Court.  Thank you.*

It appears by reason of said special verdict that Defendants COUNTY OF LOS ANGELES, et.al. are entitled to judgment against the plaintiff ALLEN B. SHAY.

Now, therefore, it is **ORDERED, ADJUDGED, AND DECREED** that said Plaintiff ALLEN B. SHAY shall recover nothing by reason of the complaint.  Each side shall bear its own attorneys' fees and costs.

Dated: November 20, 2019

*/s/ Christina A. Snyder*

**THE HONORABLE CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT JUDGE**